## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **LINDA BARRICK,** | |
| **Plaintiff,** | |
| **v.** | **Case No.:** 3:17-CV-138 |
| **PNGI CHARLES TOWN GAMING, LLC,** *et al.,* | |
| **Defendant.** | |

## NOTICE OF CONSENT TO OPT IN

The undersigned, Linda Barrick, currently works for or previously worked for Defendants PNGI Charles Town Gaming, LLC, *et al*, and intends and consents to opt-in to above-captioned unpaid wage case pursuant to Fair Labor Standards Act and the West Virginia Minimum Wage Law, W. Va. Code R. §21-5C-1, *et seq.*

Signature

Name:        Linda Barrick_

Address:     78 Glenbrook Road

             Ranson, WV 25438

Telephone:   (717) 476-2737

E-mail:      llbarrick@icloud.com

1