AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| Linda Barrick, on her own behalf and on behalf of all other similarly situated, <br> *Plaintiff* <br> v. <br> PNGI Charles Town Gaming, LLC and Penn National Gaming, Inc. <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  3:17cv138 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:
JUDGMENT IS ENTERED in favor of the defendants against the plaintiff. Case is DISMISSED with prejudice and STRICKEN from the active docket.

This action was *(check one)*:

☒ decided by Judge    Groh

Date:    02/22/2019                                    *CLERK OF COURT*

/s/ T. Gregory

*Signature of Clerk or Deputy Clerk*