FILED: January 9, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1257
(3:17-cv-00138-GMG)

_____

LINDA BARRICK, on her own behalf and on behalf of all other similarly situated

    Plaintiff - Appellant

v.

PNGI CHARLES TOWN GAMING, LLC, d/b/a Hollywood Casino at Charles Town Races; PENN NATIONAL GAMING, INC.

    Defendants - Appellees

_____

JUDGMENT

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                          /s/ PATRICIA S. CONNOR, CLERK